ELIZABETH KROOG, WIDOW OF HENRY KROOG, DE-
CEASED, RESPONDENT, v. KEYSTONE DAIRY COM-
PANY, A CORPORATION, APPELLANT.

Argued November 20, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, in which the follow-
ing *per curiam* was filed:

· "This is a workmen's compensation case heard in the Hud-
son County Court of Common Pleas, resulting in a determi-
nation in favor of Elizabeth Kroog, widow of Henry Kroog.
Henry Kroog was a salesman and driver of one of the defend-
ant's wagons. On the 8th of September, 1916, he was killed
while driving a horse and wagon onto a weighing scale at the
ice depot belonging to the Mountain Ice Company at Ferry
street and Ravine road at the Erie railroad in Jersey City.
As he was driving onto the scale, he was standing up in the
wagon, and was heard to say 'Whoa' suddenly; the horse
stopped and the decedent was accidently thrown or fell out
of the wagon onto the ground, his head striking an iron rail
at the side of the scale, causing death. The defence was that
his death was the result of natural causes, such as heart fail-
ure. This is the only point in the case. The judgment of
the Common Pleas Court is supported by the evidence, and
this, under the statute, on questions of fact, is conclusive and
binding. The judgment of the Common Pleas Court is
affirmed, with costs."

For the appellant, *M. Casewell Heine.*

For the respondent, *William R. Gannon.*

PER CURIAM.

The judgment under review will be affirmed, for the rea-
sons set forth in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, KALISCH, GARDNER, JJ.  7.

*For reversal*—PARKER, WILLIAMS, JJ.  2.